UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR FOOD SAFETY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants. | NO. C17-1209RSL<br><br>ORDER GRANTING MOTION TO INTERVENE |

This matter comes before the Court on the "Motion to Intervene by Pacific Coast Shellfish Growers Association." Dkt. # 10. Plaintiff takes no position on the motion, but would like a procedural order limiting Pacific Coast Shellfish Growers Association (the intervenor in this case) and Taylor Shellfish Company (the intervenor in a related case, C16-950RSL) to a single summary judgment memorandum if the two cases are consolidated.

Plaintiff's concerns are contingent on consolidation[1] and do not preclude the requested intervention. The motion is therefore GRANTED. The Clerk of Court is directed to add Pacific Coast Shellfish Growers Association as a defendant-intervenor in this action and to separately

---

[1] The parties in the related cases have now filed a motion to consolidate which seeks a coordinated case management schedule, rather than consolidation. Each plaintiff will be permitted to pursue, and defendants and the intervenor will be permitted to defend, in the action or actions to which they are a party.

ORDER GRANTING MOTION
TO INTERVENE - 1

file Dkt. # 10-3 as its Answer.

Dated this 7th day of November, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO INTERVENE - 2