UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS. OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>Intervenor - Defendant.<br>_____<br>CENTER FOR FOOD SAFETY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants. | Case No. C16-0950RSL<br><br><br><br><br><br><br><br><br><br><br><br>Case No. 17-1209RSL<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE OVERLENGTH MOTIONS |

This matter comes before the Court on "Plaintiffs' Unopposed Motion to File Over-Length Brief[s]." Dkt. # 35. The motion is GRANTED. Plaintiffs' motions for summary judgment are limited to forty pages.

ORDER GRANTING PLAINTIFFS LEAVE
TO FILE OVERLENGTH MOTIONS - 1

1     Dated this 2nd day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFFS LEAVE
TO FILE OVERLENGTH MOTIONS - 2