# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br><br>*Defendants,*<br><br>and<br><br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,<br><br>*Intervenor-Defendant* | Case No. 2:17-cv-01209-RSL<br><br>[~~PROPOSED~~] **ORDER REVISING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING** |
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *ET AL.*,<br><br>*Defendants,*<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>*Intervenor-Defendant* | Case No. 2:16-cv-00950-RSL<br><br>[~~PROPOSED~~] **ORDER REVISING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING** |

## [PROPOSED] ORDER REVISING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING

This matter comes before the Court on the parties' "Stipulated Motion to Revise Schedule for Summary Judgment," filed in C16-0950RSL and C17-01209. The request is GRANTED, and the following case management deadlines will govern both C16-0950RSL and C17-01209:

| | |
|---|---|
| **August 6, 2018** | Oppositions and cross-motions for summary judgment due.[1] Defendants and Intervenors shall consult on briefing to avoid redundancy. |
| **October 19, 2018** | Plaintiffs' replies and oppositions to cross-motions due. |
| **December 3, 2018** | Replies due. Defendants and Intervenors to consult on briefing to avoid redundancy. |
| **Thereafter** | Court sets Oral Argument on Cross Motions For Summary Judgment. |

Dated this 12th day of July 2018.

_____
Robert S. Lasnik
United States District Judge

---

[1] Because the cases are not consolidated, the Coalition to Protect Puget Sound Habitat is not a party to C17-1209RSL, and the Center for Food Safety is not a party to C16-0950RSL. While the parties may, and are encouraged to, coordinate briefing efforts to improve efficiency and avoid redundancy, each plaintiff must file papers in its own lawsuit.