1 | Mark Brown, Trial Attorney
Wildlife and Marine Resources Section
mark.brown@usdoj.gov
2 | (202) 305-0204

3 | *Counsel for Defendants*

4 | Samuel W. Plauché, WSBA # 25476
Amanda M. Carr, WSBA # 38025
5 | Jesse G. DeNike, WSBA # 39526
Plauché & Carr LLP
6 | 811 First Avenue, Suite 630
Seattle, WA 98104
7 | billy@plauchecarr.com
amanda@plauchecarr.com
8 | jesse@plauchecarr.com

9 | (206) 588-4188 / F: (206) 588-4255

10 | *Counsel for Intervenor-Defendants Taylor Shellfish Co., Inc. and Pacific Coast Shellfish Growers Association*
11 |

12 | **THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

13 |

14 | CENTER FOR FOOD SAFETY, a non-profit corporation,    )    Case No. 2:17-cv-01209-RSL

15 |

16 | *Plaintiff,*    **STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND [PROPOSED] ORDER**

17 | v.

18 | U.S. ARMY CORPS OF ENGINEERS, *ET AL.,*

19 |

20 | *Defendants,*

21 | and

22 | PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,

23 |

24 | *Intervenor-Defendant*

25 | THE COALITION TO PROTECT PUGET    )    Case No. 2:16-cv-00950-RSL
26 | SOUND HABITAT, a non-profit Corporation,    )

STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING
CASE NOS. 2:17-CV-01209 AND 2:17-CV-00950

<table>
<tr><td>1</td><td>Plaintiff,</td><td>)</td><td>**STIPULATED MOTION TO REVISE**</td></tr>
</table>

|    |                                           |     |                                                    |
|----|-------------------------------------------|-----|----------------------------------------------------|
| 1  | *Plaintiff,*                              | )   | **STIPULATED MOTION TO REVISE** |
|    |                                           | )   | **SCHEDULE FOR SUMMARY** |
| 2  |                                           | )   | **JUDGMENT BRIEFING AND** |
|    | v.                                        | )   | ~~[PROPOSED]~~ **ORDER** |
| 3  |                                           | )   | |
|    | U.S. ARMY CORPS OF ENGINEERS, *ET*        | )   | |
| 4  | *AL.,*                                    | )   | |
|    |                                           | )   | |
| 5  | *Defendants,*                             | )   | |
| 6  |                                           | )   | |
|    | and                                       | )   | |
| 7  |                                           | )   | |
|    | TAYLOR SHELLFISH COMPANY, INC.,           | )   | |
| 8  |                                           | )   | |
| 9  | *Intervenor-Defendant*                    | )   | |
|    |                                           | )   | |

## STIPULATED MOTION TO REVISE SCHEDULE FOR SUMMARY JUDGMENT BRIEFING AND [PROPOSED] ORDER

On April 5, 2018, this Court entered an order setting the schedule for the parties' briefing. ECF No. 29. The parties have followed this schedule: Plaintiff Center for Food Safety filed their Motion for Summary Judgment for case No. 2:17-cv-01209 on April 30, 2018 (ECF No. 31); Plaintiff Coalition to Protect Puget Sound Habitat filed its Motion for Summary Judgment for case No. 2:17-cv-00950 on April 30, 2018 (ECF No. 36). On July 11, 2018, Federal Defendants sought and all parties agreed to a 14-day extension, which the Court ordered. ECF Nos. 42 (case No. 2:17-cv-00950) and 41 (case No. 2:17-cv-01209). The parties have followed this revised schedule, culminating most recently in Federal Defendants filing their cross Motion for Summary Judgment and Opposition briefs on August 6, 2018 (ECF Nos. 43 and 44) and Defendant Intervenors filing their cross Motion for Summary Judgment and Opposition briefs on August 6, 2018 (ECF Nos. 44 and 45).

Under this schedule, Plaintiffs' Oppositions to Cross-Motions and Replies are due October 19, 2018. However, due to uncontrollable conflicts in Plaintiffs' counsel's schedule, combined with unexpected illness, the Plaintiffs have requested and the other parties have stipulated to a modest fourteen-day revision to this deadline, which would extend the remaining deadlines as well, to account for the end of year holidays, and otherwise retain the schedule previously stipulated and ordered:

| November 2, 2018 | Plaintiffs' replies and oppositions to cross-motions due.[1] |
|---|---|

---

[1] Because the cases are not consolidated, the Coalition to Protect Puget Sound Habitat is not a party to C17-1209RSL, and the Center for Food Safety is not a party to C16-0950RSL. While the parties may, and are encouraged to, coordinate briefing efforts to improve efficiency and avoid redundancy, each plaintiff must file papers in its own lawsuit.

| **January 11, 2018** | Replies due. Defendants and Intervenors to consult on briefing to avoid redundancy. |
|---|---|
| **Thereafter** | Court sets Oral Argument on Cross Motions For Summary Judgment. |

This Motion does not prejudice any party.  Accordingly, the parties respectfully request the above revisions to the schedule.

Respectfully submitted this __ day of October 2018.

CENTER FOR FOOD SAFETY

/s/ George A. Kimbrell
George A. Kimbrell (WSB No. 36050)
gkimbrell@centerforfoodsafety.org

/s/ Amy Van Saun
Amy Van Saun( pro hac vice)
avansaun@centerforfoodsafety.org

917 SW Oak Street, Suite 300
Portland, OR 97205
T: (971) 271-7372 / F: (971) 271-7374

*Counsel for Plaintiff Center for Food Safety*

LAW OFFICE OF KARL G. ANUTA, P.C.

/s/ Karl G. Anuta
Karl G. Anuta, WSBA No. 21346
735 S.W. First Ave., Second Floor
Portland, Oregon 97204
T: (503) 827-0320 / F: (503) 228-6551
kga@integra.net

LANDYE BENNETT, BLUMSTEIN
Thane Tienson, WSBA No. 13310
1300 SW 5th Avenue, Suite 3500
Portland, Oregon 97201
T: (503) 224-4100 / F: (503) 224-4133
ttienson@lbblawyers.com

1

2    *Counsel for Plaintiff Coalition to Protect Puget Sound Habitat*

3

4    Jeffrey H. Wood
     Acting Assistant Attorney General
     Environment and Natural Resources Division
5    U.S. Department of Justice

6
     /s/ Dedra S. Curteman
7    Peter K. Dykema, Senior Trial Attorney
     Dedra S. Curteman, Trial Attorney
8    Natural Resources Section
     P.O. Box 7611
9    Washington, DC 20044
     peter.dykema@usdoj.gov
10   dedra.curteman@usdoj.gov
     (202) 305-0436 (Dykema) / F: (202) 305-0506
11   (202) 305-0446 (Curteman) / F: (202) 305-0506
12

13   Kent Hanson, Senior Trial Attorney
     Environmental Defense Section
14   kent.hanson@usdoj.gov
     (206) 639-5544
15

16   Bradley Oliphant, Trial Attorney
     Wildlife and Marine Resources Section
17   bradley.oliphant@usdoj.gov
     (303) 844-1381
18

19   *Counsel for Defendants*

20
     /s/ Amanda M. Carr
21   Samuel W. Plauché, WSBA # 25476
     Amanda M. Carr, WSBA # 38025
22   Jesse G. DeNike, WSBA # 39526
     Plauché & Carr LLP
23   811 First Avenue, Suite 630
     Seattle, WA 98104
24   billy@plauchecarr.com
     amanda@plauchecarr.com
25   jesse@plauchecarr.com
26   (206) 588-4188 / F: (206) 588-4255

1

*Counsel for Intervenor-Defendant Taylor and*
*Intervenor-Defendant PCSGA*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER REVISING SCHEDULE FOR SUMMARY JUDGMENT BRIEFING**

This matter comes before the Court on the parties' "Stipulated Motion to Revise Schedule for Summary Judgment," filed in case No. 2:17-cv-01209 and case No. 2:17-cv-00950. The request is GRANTED, and the following case management deadlines will govern both case No. 2:17-cv-01209 and case No. 2:17-cv-00950:

| November 2, 2018 | Plaintiffs' replies and oppositions to cross-motions due. |
|---|---|
| January 11, 2018 | Replies due. Defendants and Intervenors to consult on briefing to avoid redundancy. |
| Thereafter | Court sets Oral Argument on Cross Motions For Summary Judgment. |

Dated this 18th day of October, 2018.

_____
Robert S. Lasnik
United States District Judge