The Honorable Robert S. Lasnik

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTER FOR FOOD SAFETY, | Case No. 2:17-cv-01209-RSL |
| *Plaintiff,* | |
| | **ORDER STAYING CASES** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | |
| *Defendants,* | |
| and | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | |
| *Intervenor-Defendant* | |
| THE COALITION TO PROTECT PUGET SOUND HABITAT, | Case No. 2:16-cv-00950-RSL |
| *Plaintiff,* | |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | |
| *Defendants,* | |
| and | |
| TAYLOR SHELLFISH COMPANY, INC., | |
| *Intervenor-Defendant* | |

# ORDER STAYING CASES

This matter comes before the Court on the parties' Stipulated Motion to Stay in Light of Lapse of Appropriations filed in C16-0950RSL and C17-01209. The motion is GRANTED. The currently pending deadline for Defendants' and Intervenor's replies in support of their cross motions for summary judgment, January 11, 2019, is hereby extended the same number of days as the duration of the lapse in appropriations, to be measured from the first day that Congress has restored appropriations to the Department of Justice and the Department of Commerce, NOAA. Federal Defendants shall notify the Court and all parties as soon as Congress has appropriated said funds and the parties shall update the deadlines for Defendants' and Intervenor's replies and renote their motions on the Court's calendar.

Dated this 4th day of January, 2019.

Robert S. Lasnik
United States District Judge