**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CENTER FOR FOOD SAFETY, | ) Case No. 2:17-cv-01209-RSL |
| *Plaintiff,* | ) |
| v. | ) |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) |
| *Defendants,* | ) |
| and | ) |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | ) |
| *Intervenor-Defendant* | ) |
| | ) |
| THE COALITION TO PROTECT PUGET SOUND HABITAT, | ) Case No. 2:16-cv-00950-RSL |
| *Plaintiff,* | ) **ORDER LIFTING STAY** |
| v. | ) |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) |
| *Defendants,* | ) |
| and | ) |
| TAYLOR SHELLFISH COMPANY, INC., | ) |
| *Intervenor-Defendant* | ) |

**ORDER LIFTING STAY**

This matter comes before the Court on the parties' Stipulated Motion to Lift Stay and Reset Deadlines filed in C16-0950RSL and C17-01209. The motion is GRANTED. The Clerk of Court is directed to renote the cross-motions for summary judgment (Dkt. #36 and #44 in C16-0950RSL; Dkt. #31, #43, and #44 in C17-1209RSL) on the Court's calendar for Friday, March 1, 2019. The deadline for Defendants' and Intervenor's replies in support of their cross-motions for summary judgment is February 27, 2019.

Dated this 5th day of February, 2019.

Robert S. Lasnik
United States District Judge