1

2

3

4

5                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7

8    THE COALITION TO PROTECT PUGET
     SOUND HABITAT,                                    Case No. C16-0950RSL
9
                        Plaintiff,
10
             v.
11
     U.S. ARMY CORPS. OF ENGINEERS, *et al.*,
12
                        Defendants,
13
             and
14
     TAYLOR SHELLFISH COMPANY, INC.,
15
                        Intervenor - Defendant.
16   _____

17   CENTER FOR FOOD SAFETY,
                                                       Case No. 17-1209RSL
18                      Plaintiff,

19           v.                                        ORDER GRANTING LEAVE TO
                                                       FILE AMICUS BRIEF
20   U.S. ARMY CORPS OF ENGINEERS, *et al.*,

21                      Defendants,

22           and

23   PACIFIC COAST SHELLFISH GROWERS
     ASSOCIATION,
24
                        Intervenor - Defendant.
25

26
             This matter comes before the Court on the motion of the Squaxin Island Tribe and the
27
     Jamestown S'Klallam Tribe for leave to file an amicus brief addressing the appropriate remedy
28

1  in the above-captioned cases. "District courts frequently welcome amicus briefs from non-parties

2  concerning legal issues that have potential ramifications beyond the parties directly involved or

3  if the amicus has unique information or perspective that can help the court beyond the help that

4

5  the lawyers for the parties are able to provide." NGV Gaming, Ltd. v. Upstream Point Molate,

6  LLC, 355 F. Supp.2d 1061, 1067 (N.D. Cal. 2005) (internal quotation marks and citations

7  omitted). In the circumstances presented here, information regarding the impact of potential

8  remedial options on the Tribes' exercise of their treaty rights and shellfish aquaculture activities

9  is not likely to be presented by the party defendants or existing intervenors and may be helpful to

10 the Court's equitable considerations.

11

12

13  For all of the foregoing reasons, the request for leave to file an amicus brief is

14  GRANTED. The Court will consider the Tribes' submissions regarding the appropriate relief for

15  the agency's unlawful actions, Dkt. # 62-1 in C16-950RSL and Dkt. # 78-1 in C17-1209RSL.

16

17  Dated this 31st day of October, 2019.

18  _MWt S Casnik_
   Robert S. Lasnik
19  United States District Judge

20

21

22

23

24

25

26

27

28  ORDER GRANTING LEAVE TO
   FILE AMICUS BRIEF - 2