UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, | Case No. C16-0950RSL |
| Plaintiff, | |
| v. | |
| U.S. ARMY CORPS. OF ENGINEERS, *et al.*, | |
| Defendants, | |
| and | |
| TAYLOR SHELLFISH COMPANY, INC., | |
| Intervenor - Defendant. | |
| ——————————————————— | |
| CENTER FOR FOOD SAFETY, | Case No. C17-1209RSL |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO PARTICIPATE IN ORAL ARGUMENT |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | |
| Defendants, | |
| and | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | |
| Intervenor - Defendant. | |

This matter comes before the Court on the motion of the Jamestown S'Klallam Tribe for leave to participate in the oral argument scheduled for May 18, 2020, at 9:30 a.m. The motion is

1  GRANTED.

3    Dated this 1st day of May, 2020.

         *[signature]*
4        _____
         Robert S. Lasnik
5        United States District Judge

28 ORDER GRANTING LEAVE TO
PARTICIPATE IN ORAL ARGUMENT - 2