|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 20 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CENTER FOR FOOD SAFETY, a non-profit corporation,

    Plaintiff-Appellee,

 v.

UNITED STATES ARMY CORPS OF ENGINEERS, an agency of the United States of America; et al.,

    Defendants-Appellants,

 and

NISBET OYSTER CO., INC.; PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,

    Intervenor-Defendants.

No.   20-35702

D.C. No. 2:17-cv-01209-RSL
Western District of Washington, Seattle

ORDER

The appellants' motion (Docket Entry No. 4) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/8.17.20/Pro Mo