**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| THE COALITION TO PROTECT PUGET SOUND HABITAT, a non-profit Corporation, | ) ) ) | Case No. 2:16-cv-00950-RSL |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| U.S. ARMY CORPS OF ENGINEERS *et al.*, | ) ) | |
| *Defendants,* | ) ) | |
| and | ) ) | |
| TAYLOR SHELLFISH COMPANY, INC., | ) ) | |
| *Intervenor-Defendant* | ) ) ) | |

| | | |
|---|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation, | ) ) ) | Case No. 2:17-cv-01209-RSL |
| *Plaintiff,* | ) ) | |
| v. | ) ) | **ORDER GRANTING STAY OF BRIEFING ON PLAINITIFFS' MOTIONS FOR FEES AND EXPENSES** |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, | ) ) ) | |
| *Defendants,* | ) ) | |
| and | ) ) | |
| PACIFIC COAST SHELLFISH GROWERS ASSOCIATION, | ) ) ) | |
| *Intervenor-Defendant* | ) ) | |

1 | This matter comes before the Court on the Joint Motion to Stay Briefing on the Motions for an Award of Fees and Expenses filed by Plaintiff Coalition to Protect Puget Sound Habitat (ECF 99) and Plaintiff Center for Food Safety (ECF 121).  The Motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall jointly submit a proposed briefing schedule regarding the Motions for an Award of Fees and Expenses no later than ten days after the Ninth Circuit Court of Appeals issues its mandate at the conclusion of the pending consolidated appeals (Appeal Nos. 20-35546 and 20-35547).

Dated this 7th day of October, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge