UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CENTER FOR FOOD SAFETY, a non-profit corporation,

*Plaintiff,*

v.

U.S. ARMY CORPS OF ENGINEERS, *et. al.*,

*Defendants,*

and

PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,

*Intervenor-Defendant.*

No.: 2:17-cv-01209-RSL

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE REGARDING THE PENDING MOTIONS FOR AN AWARD OF FEES AND EXPENSES**

## JOINT MOTION TO EXTEND

1. On May 26, 2021, the Court issued an order scheduling briefing on Plaintiff Center for Food Safety motion for attorney's fees and costs under the Equal Access to Justice Act. ECF No. 133. In that Order, the Court adopted the parties' proposed briefing schedule for the Motion:

Plaintiff's Supplemental Petition: July 1, 2021

U.S. Army Corps' response brief: August 16, 2021

Plaintiff's reply brief: September 6, 2021

2. Plaintiff Center for Food Safety and Defendants ("the Moving Parties") have continued fee negotiations and believe they are close to an agreement in principle on the matter of attorney's fees and costs. In order to resolve this matter without further briefing, the Moving Parties request a 30-day extension of time for Center for Food Safety's Supplemental Petition and subsequent briefs. This will be the last extension requested and is requested in part due to the unanticipated six-week medical leave of Center for Food Safety's lead attorney, Amy van Saun, commencing in May 2021.

3. Attorneys for Plaintiff Coalition to Protect Puget Sound were contacted regarding this motion and do not oppose it.

4. Accordingly, the Moving Parties request that the fee briefing schedule on the Center for Food Safety's fee petition be amended as follows:

Plaintiff's Supplemental Petition: August 2, 2021

U.S. Army Corps' response brief: September 17, 2021

Plaintiff's reply brief: October 7, 2021

DATED this 30th day of June 2021.

Respectfully submitted,

/s/ George Kimbrell
George A. Kimbrell (WSB No. 36050)
Amy van Saun (*pro hac vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207
T: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-6390
laura.glickman@usdoj.gov

PETER KRYN DYKEMA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0436
peter.dykema@usdoj.gov

MARK ARTHUR BROWN
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0204
mark.brown@usdoj.gov

*Attorneys for U.S. Army Corps of Engineers et al.*

# ORDER REVISING SCHEDULE FOR FEE BRIEFING

This matter comes before the Court on the parties' "Joint Motion to Extend Briefing Schedule Regarding the Pending Motions for An Award of Fees and Expenses," filed in case No. 2:17-cv-01209. The request is GRANTED, and the following case management deadlines will govern case No. 2:17-cv-01209:

> Plaintiff's Supplemental Petition: August 2, 2021
> U.S. Army Corps' response brief: September 17, 2021
> Plaintiff's reply briefs: October 7, 2021

The Clerk of Court is directed to renote Dkt. # 121 for consideration on October 8, 2021.

Dated this 1st day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge