The Honorable Robert S. Lasnik

George A. Kimbrell (WSB No. 36050)
Amy van Saun (pro hac vice)
Center for Food Safety
2009 NE Alberta Street, Suite 207
T: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR FOOD SAFETY, a non-profit corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et. al.*,<br><br>*Defendants,*<br><br>*and*<br><br>PACIFIC COAST SHELLFISH GROWERS ASSOCIATION,<br><br>*Intervenor-Defendant.* | No.: 2:17-cv-01209-RSL<br><br>**JOINT MOTION TO STAY BRIEFING REGARDING MOTIONS FOR AN AWARD OF FEES AND EXPENSES** |

# Case 2:17-cv-01209-RSL Document 139 Filed 08/03/21 Page 2 of 4

## JOINT MOTION TO STAY

1. On July 1, 2021, the Court issued an order granting Plaintiff Center for Food Safety and Defendants' Joint Motion to Extend Briefing Schedule Regarding the Pending Motions for An Award of Fees and Expenses. ECF No. 137. That order set the briefing deadlines as follows:

   Plaintiff's Supplemental Petition: August 2, 2021

   U.S. Army Corps' response brief: September 17, 2021

   Plaintiff's reply briefs: October 7, 2021

2. Center for Food Safety and Defendants ("the Moving Parties") have resolved fee negotiations and have signed a settlement agreement on the matter of attorney's fees and costs. Given this resolution, the Moving Parties seek a stay of this briefing pending receipt of payment by Center for Food Safety. The Moving Parties will notify the Court when Center for Food Safety receives the settlement funds.

3. Attorneys for Plaintiff Coalition to Protect Puget Sound were contacted regarding this motion and do not oppose it.

4. Accordingly, the Moving Parties request that the fee briefing schedule on the Center for Food Safety's fee petition (ECF No. 121) be stayed pending receipt of settlement fees and expenses by Center for Food Safety.

DATED this 2nd day of August 2021.

Respectfully submitted,

/s/ George Kimbrell
George A. Kimbrell (WSB No. 36050)
Amy van Saun (*pro hac vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207
T: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

## JOINT MOTION TO STAY

1. On July 1, 2021, the Court issued an order granting Plaintiff Center for Food Safety and Defendants' Joint Motion to Extend Briefing Schedule Regarding the Pending Motions for An Award of Fees and Expenses. ECF No. 137. That order set the briefing deadlines as follows:

   Plaintiff's Supplemental Petition: August 2, 2021

   U.S. Army Corps' response brief: September 17, 2021

   Plaintiff's reply briefs: October 7, 2021

2. Center for Food Safety and Defendants ("the Moving Parties") have resolved fee negotiations and have signed a settlement agreement on the matter of attorney's fees and costs. Given this resolution, the Moving Parties seek a stay of this briefing pending receipt of payment by Center for Food Safety.  The Moving Parties will notify the Court when Center for Food Safety receives the settlement funds.

3. Attorneys for Plaintiff Coalition to Protect Puget Sound were contacted regarding this motion and do not oppose it.

4. Accordingly, the Moving Parties request that the fee briefing schedule on the Center for Food Safety's fee petition (ECF No. 121) be stayed pending receipt of settlement fees and expenses by Center for Food Safety.

DATED this 2nd day of August 2021.

Respectfully submitted,

/s/ George Kimbrell
George A. Kimbrell (WSB No. 36050)
Amy van Saun (*pro hac vice*)
Center for Food Safety
2009 NE Alberta Street, Suite 207
T: (971) 271-7372
Email: gkimbrell@centerforfoodsafety.org
avansaun@centerforfoodsafety.org

*Attorneys for Plaintiff Center for Food Safety*

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-6390
laura.glickman@usdoj.gov

PETER KRYN DYKEMA
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0436
peter.dykema@usdoj.gov

MARK ARTHUR BROWN
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 305-0204
mark.brown@usdoj.gov

*Attorneys for U.S. Army Corps of Engineers et al.*

## ORDER STAYING FEE BRIEFING

This matter comes before the Court on the parties' "Joint Motion to Stay Briefing Regarding the Pending Motions for An Award of Fees and Expenses," filed in case No. 2:17-cv-01209. The request is GRANTED and briefing on Plaintiff Center for Food Safety's petition for fees and expenses is hereby STAYED until parties provide notice to the Court or until Plaintiff voluntarily dismisses the matter.

Dated this 3rd day of August, 2021.

_____
Robert S. Lasnik
United States District Judge